# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *May 16, 2005*

[Cite as *05/16/2005 Case Announcements,* 2005-Ohio-2352.]

## MOTION AND PROCEDURAL RULINGS

**2005–0726.   In Re Annexation of 259.15 Acres.**
Lucas App. No. L–04–1042, 159 Ohio App.3d 736, 2005-Ohio-1027, 825 N.E.2d 238. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals judgment,
   IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
   PFEIFER and O'CONNOR, JJ., dissent.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *May 17, 2005*

[Cite as *05/17/2005 Case Announcements,* 2005-Ohio-2377.]

## MISCELLANEOUS DISMISSALS

**2004–2050.   Camelot Distrib. Co., Inc. v. Stark Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–M–24. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2005–0615.   State v. Wightman.**
Hamilton App. No. C–040422. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0123.   State ex rel. Schuette v. Liberty Twp. Bd. of Trustees.**
In Mandamus.

**2005–0779.   State ex rel. Hord v. Combs.**
Franklin App. No. 04AP–617, 2005-Ohio-1532.

**2005–0827.   State ex rel. Wilson v. Indus. Comm.**
Franklin App. No. 04AP–577, 2005-Ohio-1528.